IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                    Chapter 7

DINORAH SOLER                                                 Case No. 15-16188-RAM
        Debtor.
_____/

**EX-PARTE MOTION TO WAIVE**
**DEBTOR'S APPEARANCE AT 341 MEETING AND ALLOW DEBTOR'S DAUGHTER TO TESTIFY ON BEHALF OF THE DEBTOR**

**COMES NOW,** the Debtor, Dinorah Soler, by and through the undersigned counsel, and files this Ex-Parte Motion to Waive Debtor Appearance at 341 Meeting and in support thereof would state as follows:

1. Debtor filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in this Court on April 6, 2015.
2. The 341 Meeting of Creditors is scheduled for May 13, 2015 before Trustee Drew Dillworth.
3. The Debtor is 80 years old, has anxiety, memory loss, and the stress of testifying in court is too much of a strain on her mind.
4. The Debtor's daughter, Imirsi Vidal, has full knowledge of the Debtor's financial records and is willing to testify on her mother behalf.

**WHEREFORE,** Counsel respectfully request that this Court grant this Ex-parte Motion to Waive Debtor Appearance at 341 Meeting and allow Debtor's daughter to testify on behalf of the debtor.

**CERTIFICATE OF ADMISISON**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Ex-Parte Motion to Waive Debtor's Appearance at the 341 Meeting of Creditors and allow debtor's daughter to testify on behalf of the debtor was cm/ecf to: Drew Dillworth, Trustee on this 8th day of May 2015 and to regular mail to all Creditors in a separate Certificate of Service.

                              Robert Sanchez, Esq.
                              355 West 49 the Street
                              Hialeah, FL 33012
                              Tel. (305)-687-8008

                              By: __/s/ Robert Sanchez__
                              Robert Sanchez, Esquire
                              FBN#0442161