

ORDERED in the Southern District of Florida on May 12, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Chapter 7 |
| DINORAH SOLER | Case No. 15-16188-RAM |
| Debtor. | |
| _____/ | |

### ORDER GRANTING EX-PARTE MOTION TO WAIVE DEBTOR'S APPEARANCE AT 341 MEETING AND ALLOWING DEBTOR'S DAUGHTER TO TESTIFY

**THIS CAUSE** having come upon Debtor's *Ex Parte* Motion to Waive Debtor's Appearance at 341 Meeting and the Court having reviewed the Motion and the Court file, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Debtor's Ex-Parte Motion to Waive Debtor's Appearance at the 341 Meeting of Creditors is GRANTED.

2. The Debtor's daughter, Imirsi Vidal, will testify on the debtor's behalf at the 341 Meeting of Creditors.

###

Debtor's counsel is directed to deliver true copies of the foregoing Order to all interested parties.